JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. GRISSOM JR., | Case No. 2:18-10789 JLS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| S. HATTON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Second or Successive Federal Habeas Petition and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice for lack of jurisdiction.

DATED: May 14, 2019

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge